## C. W. HARDING v. B. F. HENDRIX.

ACTION brought before A. M. Hall, a justice of the peace for the city of Osage City, in Osage county, by *Hendrix* against *Harding*, on a promissory note, whereon, January 24, 1881, judgment was rendered for the plaintiff, and against the defendant, for $57.25 and costs. On the same day the Osage Carbon Coal & Mining Company, theretofore duly garnished, answered that when it was summoned herein, it was indebted to defendant $35.08, which sum the justice ordered to be paid into court. Thereupon the defendant filed an affidavit under § 157 of ch. 81, Comp. Laws of 1879, and asked for the release of the debt thus garnished. January 31, 1881, the justice sustained plaintiff's motion to strike the affidavit from the files of the court, ordered the said sum of $35.08 to be applied as a payment on the judgment rendered as aforesaid, and denied the defendant a new trial. *Harding*

took the case, by petition in error, to the district court of said county, wherein, on August 2, 1881, it was adjudged that the petition in error be dismissed, that the judgment of the justice be in all things affirmed, and that *Hendrix* recover his costs herein. A new trial being denied, *Harding* brings the case here.

*Vandeventer & Martin*, for plaintiff in error.

*H. B. Hughbanks*, for defendant in error.

*Per Curiam:* This case, so far as any contested question is concerned, falls precisely within the decision in *Seymour, Sabin & Co. v. Cooper*, ante, p. 539, and the opinion delivered in that case will answer for this.

The judgment of the court below will be reversed, and the cause remanded for further proceedings.